**Slip Op. 00-6**

**UNITED STATES COURT OF INTERNATIONAL TRADE**

BEFORE: SENIOR JUDGE NICHOLAS TSOUCALAS

————————————————————————————
                                     :
NTN BEARING CORP. OF AMERICA,        :
NTN CORPORATION, AMERICAN NTN        :
BEARING MFG. CORP., NTN              :
DRIVESHAFT, INC. and NTN-BOWER       :
CORPORATION,                         :
                                     :
        Plaintiffs and              :
        Defendant-Intervenors,      :
                                     :
                v.                   :
                                     :
UNITED STATES,                       :  Consol. Court No.
                                     :  97-01-00092
        Defendant,                  :
                                     :
KOYO SEIKO CO., LTD. and KOYO        :
CORPORATION OF U.S.A.; NSK LTD.      :
and NSK CORPORATION,                 :
                                     :
        Defendant-Intervenors,      :
                                     :
THE TORRINGTON COMPANY,              :
                                     :
        Defendant-Intervenor        :
        and Plaintiff.              :
————————————————————————————:

## JUDGMENT

   This Court having received and reviewed the United States
Department of Commerce, International Trade Administration's
("Commerce") <u>Final Results of Redetermination Pursuant to Court
Remand</u> ("Remand Results"), <u>NTN Bearing Corp. of America v.
United States</u>, 23 CIT ___, Slip Op. 99-71 (July 29, 1999),
<u>modified by</u> <u>NTN Bearing Corp. of America v. United States</u>, 23
CIT ___, Slip Op. 99-113 (Oct. 22, 1999), and Commerce having
complied with the Court's remand, and no responses to the Remand
Results having been submitted by the parties, it is hereby

**ORDERED** that the Remand Results filed by Commerce on November 26, 1999, are affirmed in their entirety; and it is further

**ORDERED** that since all other issues having been previously decided, this case is dismissed.

_____
NICHOLAS TSOUCALAS
SENIOR JUDGE

Dated:     January 18, 2000
           New York, New York